IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CAROL MILAGROS GARCIA,**<br>              Plaintiff,<br><br>       v.<br><br>**CAROLYN W. COLVIN,**<br>**Acting Commissioner of Social Security**<br>**Administration,**<br>              Defendant. | **CIVIL ACTION**<br><br><br><br>**NO.  14-5988** |

## O R D E R

**AND NOW**, this 1st day of March, 2016, upon consideration of Plaintiff's Request for Review, the record in this case, and the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski dated January 11, 2016, no objections having been filed, **IT IS ORDERED** as follows:

   1.   The Report and Recommendation of United States Magistrate Judge  Lynne A. Sitarski dated January 11, 2016, is **APPROVED** and **ADOPTED**;

   2.   That part of Plaintiff's Request for Review that requests a remand of this case to the Commissioner of the Social Security Administration for further proceedings is **GRANTED**. Plaintiff's Request for Review is **DENIED** in all other respects; and,

   3.   The case is **REMANDED** to the Commissioner of the Social Security Administration in accordance with the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski dated January 11, 2016.

                                                                  BY THE COURT:

                                                                  /s/ Hon. Jan E. DuBois
                                                                  _____
                                                                     DuBOIS, JAN E., J.